Hagop T. Bedoyan, SBN 131285
M. Joseph Whittington, SBN 295516
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
5260 N. Palm Ave., Suite 201
Fresno, CA 93704
Telephone:  559-438-4374
Facsimile:  559-432-1847
Email:      hbedoyan@kleinlaw.com
            jwhittington@kleinlaw.com

Proposed Attorneys for Debtor-in-Possession,
Central Air Conditioning Inc

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| In re:<br><br>CENTRAL AIR CONDITIONING, INC.,<br><br>　　　　Debtor-in Possession. | Case No. 14-11991-A-11<br><br>Chapter 11<br><br>DC No. KDG-1<br><br>Emergency Hearing Date: April 22, 2014<br>Emergency Hearing Time: 1:45 p.m.<br>Final Hearing Date:   To be set<br>Final Hearing Time:   To be set<br>Place:  United States Bankruptcy Court<br>　　　　510 19th Street, Department A<br>　　　　Bakersfield, California<br>Judge: Honorable Fredrick E. Clement |
|---|---|

**NOTICE OF EMERGENCY HEARING ON DEBTOR-IN-POSSESSION'S MOTION TO USE CASH COLLATERAL AND GRANT ADEQUATE PROTECTION**

**TO DEBTOR, THE UNITED STATES TRUSTEE, SECURED CREDITORS, THE TWENTY LARGEST UNSECURED CREDITORS, AND PARTIES REQUESTING SPECIAL NOTICE:**

**NOTICE IS HEREBY GIVEN** that a preliminary hearing on the *Debtor-in-Possession's Motion to Use Cash Collateral and Grant Adequate Protection* ("the Motion") will be heard by the Honorable Fredrick E. Clement, Bankruptcy Judge on the date and time provided above provided under 9014(f)(4).

///

///

The Motion requests interim authority to use the Cash Collateral of Carlos DeOchoa in amounts between $139,570.00 and $154,310.00 per week from April 21, 2014 to the final hearing on the Motion, in order to avoid immediate and irreparable harm to the Debtor's estate, and to pay its payroll, utilities, vendors, and other necessary costs, as provided in the budget attached as an exhibit filed in support of the motion  The Motion also requests authority to use the Cash Collateral of Carlos DeOchoa from May 26, 2014 through August 10, 2014, in amounts between $143,070.00 and $162,160.00.  Finally, the Motion requests authority to grant Carlos DeOchoa adequate protection for the use of his Cash Collateral in the form of a replacement lien on the Debtor's postpetition property in the same type and nature as he had against the Debtor prepetition property to the extent the use of cash collateral results in a decrease in the value of Carlos DeOchoa's interest in the Cash Collateral.

No party in interest is required to file written opposition to the Motion.  Opposition, if any, to the granting of the Motion may be presented at the interim hearing on the Motion.  A party in interest may schedule a telephonic appearance by calling Court Conference at (866) 582-6878 no later than 4:00 p.m. the day before the hearing date.  The Court will set a final hearing on the Motion at the time of the interim hearing. A responding party who has no opposition to the granting of the Motion may serve and file a statement to that effect designating the Motion in question.

Requests for further information concerning the Motion should be directed to the undersigned.

Date: April 21, 2014

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By: /s/ Hagop T. Bedoyan
HAGOP T. BEDOYAN,
M. JOSEPH WHITTINGTON,
Proposed Attorneys for Debtor-in-Possession