**11**

1    Hagop T. Bedoyan, SBN 131285
     M. Joseph Whittington, SBN 295516
2    KLEIN, DeNATALE, GOLDNER,
       COOPER, ROSENLIEB & KIMBALL, LLP
3    5260 N. Palm Ave., Suite 201
     Fresno, CA 93704
4    Telephone:   559-438-4374
     Facsimile:   559-432-1847
5    Email:       hbedoyan@kleinlaw.com
                  jwhittington@kleinlaw.com
6
     Proposed Attorneys for Debtor-in-Possession,
7    Central Air Conditioning Inc.

8                    UNITED STATES BANKRUPTCY COURT

9           EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11   In re:                              Case No. 14-11991-A-11

12   CENTRAL AIR CONDITIONING,           Chapter 11
     INC.
13                                        DC No. KDG-1
                 Debtor-in-Possession.
14                                        Emergency Hearing Date: April 22, 2014
                                          Emergency Hearing Time: 1:45 p.m.
15                                        Final Hearing Date:  To be set
                                          Final Hearing Time:  To be set
16                                        Place:  United States Bankruptcy Court
                                                  510 19th Street, Department A
17                                                Bakersfield, California
                                          Judge: Honorable Fredrick E. Clement
18

19   **EXHIBITS IN SUPPORT OF DEBTOR-IN-POSSESSION'S MOTION TO USE CASH**
     **COLLATERAL AND GRANT ADEQUATE PROTECTION**
20

21   | EXHIBIT | DESCRIPTION | PAGE(S) |
     |---------|-------------|---------|
22   | A | UCC Security Agreement | 2 - 8 |
23   | B | Cash Collateral Budget for the period of  April 21, 2014 through May 25, 2014 | 9 |
24   | C | Cash Collateral Budget for the period of  May 26, 2014 through August 10, 2014 | 10 - 11 |

25   Date: April 21, 2014              KLEIN, DeNATALE, GOLDNER,
                                       COOPER, ROSENLIEB & KIMBALL, LLP
26
                                       By: /s/ Hagop T. Bedoyan
27                                     HAGOP T. BEDOYAN,
                                       M. JOSEPH WHITTINGTON,
28                                     Proposed Attorneys for Debtor-in-Possession



## NOTE SECURED BY SECURITY AGREEMENT

$100,000.00                    Tulare, California                    August 2, 2013

On demand, for value received, the undersigned promises to pay to CARLOS DeOCHOA, or order, at Tulare, California, the sum of One Hundred Thousand and No/100ths Dollars ($100,000.00) with interest from August 2, 2013, on the unpaid principal at the rate of four percent (4%) per annum until principal and interest is paid in full.

A Security Agreement executed concurrently herewith secures the indebtedness evidenced by this Note.

Each payment shall be credited first on interest then due and the remainder applied to principal; and interest shall thereupon cease upon the principal so credited. Should default be made in payment of any installment of principal and interest, the whole sum of principal and accrued interest shall become immediately due, without notice, at the option of the holder of this Note. Principal and interest are payable in lawful money of the United States.

The undersigned agree(s) that if any legal action is necessary to enforce this Note, the prevailing party will be entitled to reasonable attorney fees, in addition to any other relief to which that party may be entitled. This provision is applicable to the entire Note.

CENTRAL AIR CONDITIONING, INC.
A California Corporation


By: _Carlos De Ochoa_____
        CARLOS DeOCHOA, President

Exhibit_____A_____

Page _____2_____



# NOTE SECURED BY SECURITY AGREEMENT

$200,000.00                    Tulare, California                    October 31, 2013

On demand, for value received, the undersigned promises to pay to CARLOS DeOCHOA, or order, at Tulare, California, the sum of Two Hundred Thousand and No/100ths Dollars ($100,000.00) with interest from October 31, 2013, on the unpaid principal at the rate of four percent (4%) per annum until principal and interest is paid in full.

A Security Agreement executed concurrently herewith secures the indebtedness evidenced by this Note.

Each payment shall be credited first on interest then due and the remainder applied to principal; and interest shall thereupon cease upon the principal so credited. Should default be made in payment of any installment of principal and interest, the whole sum of principal and accrued interest shall become immediately due, without notice, at the option of the holder of this Note. Principal and interest are payable in lawful money of the United States.

The undersigned agree(s) that if any legal action is necessary to enforce this Note, the prevailing party will be entitled to reasonable attorney fees, in addition to any other relief to which that party may be entitled. This provision is applicable to the entire Note.

CENTRAL AIR CONDITIONING, INC.
A California Corporation


By: _Carlos D. Ochoa_____
        CARLOS DeOCHOA, President


Exhibit_____A_____

Page  _____3_____

# SECURITY AGREEMENT

1.    CENTRAL AIR CONDITIONING, INC., a California corporation, called "Debtor," grants to CARLOS DeOCHOA, called "Secured Party," a security interest in collateral described in Paragraph 2 to secure payment and performance of all of its obligations under the terms of the Note Secured by Security Agreement dated August 2, 2013, between Secured Party and Debtor, and any other obligations of Debtor to Secured Party, that now exist or may hereafter be incurred, whether arising from, related, or wholly unrelated and independent transactions.

2.    Under the provisions of California's Uniform Commercial Code, Debtor grants Secured Party a security interest in:

A.    Goods, called "collateral," described as follows:

(1)    All assets of the Debtor, including but not limited to inventory, accounts receivable, fixtures, furnishings, equipment, machinery, tools, and motor vehicles located at 1648-B West Tulare Avenue, Tulare, California.

B.    All proceeds from the sale or other disposition of the collateral.

3.    Debtor undertakes the following obligations:

A.    Debtors shall observe and perform all terms, covenants and conditions on Debtor's part to be performed and observed under the terms of the Note Secured by Security Agreement dated August 2, 2013, and all subsequent instruments of indebtedness between Debtor and Secured Party.

B.    The collateral (1) will not be misused, abused, wasted, or allowed to deteriorate, except for ordinary wear and tear or its intended primary use; (2) may be examined and inspected by Secured Party at any reasonable time and wherever located; (3) will be insured until this Security Agreement is terminated, against all expected risks to

1

Exhibit _____ A

Page _____ 4

which it is exposed and those that Secured Party may reasonably designate, with the policies acceptable to Secured Party and payable to Secured Party, and providing for 10 days' minimum cancellation notice to Secured Party, and with duplicate policies deposited with Secured Party; and (4) will be kept at 1648-B West Tulare Avenue, Tulare, California, and may not be removed to any other locations (except in the usual course of business) without Secured Party's written consent.

   C.  The collateral will not be sold, transferred, or otherwise disposed of or be subjected to any unpaid charge, including taxes, or to any subsequent interest of a third person created or suffered by Debtor, voluntarily or involuntarily, unless Secured Party gives written consent in advance to the charge, transfer, or subsequent interest. Sales of inventory are excepted from this restriction; however, inventory shall be replaced as sold.

   D.  Debtor will sign and execute alone or with Secured Party any document, and pay all connected costs, necessary to protect the security interest under this Security Agreement against the rights and interests of third persons.

   E.  Debtor will reimburse Secured Party for any loss, cost, or expense (including, but not limited to, reasonable attorney's fees and legal expenses) incurred by Secured Party in connection with Secured Party's exercise of any right or remedy pursuant to the terms of Paragraph 7 of this Security Agreement.

   4.  Debtor shall be in default under this Security Agreement (a) if there is any misstatement or false statement in connection with this agreement, or noncompliance with or nonperformance of any Debtor's obligations, agreements, or affirmations, of the Agreement for Accord and Satisfaction, or emanating from this agreement, (b) on the death, dissolution, termination of existence, insolvency, business failure, appointment of a receiver

2

ARD R. STRINGHAM
ATTORNEY AT LAW

of any part of the property of, assignment for the benefit of creditors by the calling of a meeting of creditors, of the commencement of any proceeding under any bankruptcy or insolvency laws by or against Debtor or any guarantor for Debtor, or the termination by a guarantor for Debtor's obligations of its continuing guaranty, or (c) on the happening of any event that accelerates the maturity of Debtor's indebtedness or that of any guarantor for Debtor, to others under any agreement or undertaking, or (d) when any guarantor for Debtor defaults in any obligation or liability to Secured Party.

5. Secured Party may assign this Security Agreement, and;

A. If Secured Party does assign this Security Agreement, the assignee shall be entitled, on notifying Debtor, to the security interest in collateral to secure the performance or payment of Debtor's obligations as stated in this agreement, and to performance of all Debtor's obligations and agreements under this Security Agreement, and assignee shall be entitled to all of Secured Party's rights and remedies under this paragraph.

B. Debtor will assert no claims or defenses Debtor may have against Secured Party against the assignee except those granted by this Security Agreement.

6. Irrespective of default, Secured Party may delay or omit to exercise any right or remedy under this Agreement without waiving any right or remedy, unless Secured Party gives Debtor a signed waiver in express terms.

7. On Debtor's default, Secured Party may exercise any or all of Secured Party's rights and remedies under the California Commercial Code. In addition, Secured Party may (a) require Debtor to assemble the collateral and make it available to Secured Party at a place to be designated by Secured Party that is reasonably convenient to both parties, and (b) to enter on Debtor's premises to take possession of, assemble, and collect the collateral or

3

Exhibit_____ A

Page _____ 6

render it unusable.  All rights and remedies of Secured Party shall be cumulative and may be exercised successively or concurrently and without impairing Secured Party's security interest in the collateral.

8. Debtor shall have all of the rights and remedies before or after default under the California Commercial Code except to the extent that the provisions of this agreement may, under the Code, control.

9. Debtor agrees and affirms that (a) all information supplied and statements made in any financial or credit statement deposited by Debtor with Secured Party at any time are or shall be true, correct, complete, valid and genuine; and (b) the address of Debtor's business is that appearing in item 2.A.(1) above.

10. Debtor further agrees that California Law shall govern the construction of and the interests, rights, and duties of the parties to this agreement and that if any of the provisions of  this agreement shall contravene or be held invalid under the laws of any jurisdiction, the agreement shall be construed as if not containing those provisions and the rights and obligations of the parties shall be construed and enforced accordingly.  This agreement is entered into in Tulare County, California.

DATED:  August 2, 2013


DEBTOR:
CENTRAL AIR CONDITIONING, INC.
A California corporation

By: _Carlos D. Ochoa_
    CARLOS DeOCHOA, President

SECURED PARTY:

_Carlos D. Ochoa_
CARLOS DeOCHOA

Exhibit_____ A

Page _____ 7

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
WARD R. STRINGHAM, ESQ.

**B. SEND ACKNOWLEDGEMENT TO:  (Name and Address)**

WARD R. STRINGHAM
Attorney at Law
756 E. Tulare Avenue
Tulare, CA 93274

**13-7385301889**

**11/04/2013 17:00**

**FILED**
CALIFORNIA
SECRETARY OF STATE
SOS

40219660002  UCC 1 FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| **1a. ORGANIZATION'S NAME** CENTRAL AIR CONDITIONING, INC. | | | | |
| **1b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | | **SUFFIX** |

| **1c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| 1648-B West Tulare Avenue | Tulare | CA | 93274 | USA |

| ADD'L INFO RE ORGANIZATION DEBTOR | **1e. TYPE OF ORGANIZATION** Corporation | **1f. JURISDICTION OF ORGANIZATION** California | **1g. ORGANIZATIONAL ID#, if any** 2536026 | ☐ NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – insert only one debtor name (2a or 2b) – do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| **2a. ORGANIZATION'S NAME** | | | | |
| **2b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | | **SUFFIX** |

| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| | | | | |

| ADD'L INFO RE ORGANIZATION DEBTOR | **2e. TYPE OF ORGANIZATION** | **2f. JURISDICTION OF ORGANIZATION** | **2g. ORGANIZATIONAL ID#, if any** | ☐ NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)** – insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| **3a. ORGANIZATION'S NAME** | | | | |
| **3b. INDIVIDUAL'S LAST NAME** DeOCHOA | **FIRST NAME** CARLOS | **MIDDLE NAME** | | **SUFFIX** |

| **3c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| 499 E. Chevy Chase Drive | Tulare | CA | 93274 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All assets of Central Air Conditioning, Inc., including but not limited to, inventory, accounts receivable, fixtures, furnishings, equipment, machinery, tools and motor vehicles.

**5. ALTERNATIVE DESIGNATION [if applicable]:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum [if applicable] **7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)** [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY – NATIONAL UCC FINANCING STATEMENT (FORM UCC1) – CALIFORNIA (REV. 01/01/08)

Exhibit _____ A

Page _____ 8

CENTRAL AIR CONDITIONING INC

| WEEKLY BUDGET<br>4-21-14 THROUGH 8-10-14 | 04/21/14<br>through<br>04/27/14 | 04/28/14<br>through<br>05/04/14 | 05/05/14<br>through<br>05/11/14 | 05/12/14<br>through<br>05/18/14 | 05/19/14<br>through<br>05/25/14 |
|---|---|---|---|---|---|
| Beginning cash balance | 97,202 | | | | |
| Weekly carryover | | 109,632 | 117,562 | 129,992 | 132,642 |
| CONTRACT INCOME | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 |
| SERVICE INCOME | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| | 152,000 | 152,000 | 152,000 | 152,000 | 152,000 |
| MATERIALS | 81,510 | 81,510 | 81,510 | 81,510 | 81,510 |
| MATERIAL SALES TAX | 6,630 | 6,630 | 6,630 | 6,630 | 6,630 |
| GOODMAN 503(b)(9) | | | | 3,500 | 3,500 |
| PER DIEM | 670 | 670 | 670 | 670 | 670 |
| LABOR | | | | | |
| JOB & OVERHEAD | 31,740 | 31,740 | 31,740 | 31,740 | 31,740 |
| CARLOS SR | 1,960 | 1,960 | 1,960 | 1,960 | 1,960 |
| SYLVIA | 310 | 310 | 310 | 310 | 310 |
| CARLOS JR | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| REUBEN | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| VERONICA | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| PAYROLL TAXES | 3,560 | 3,560 | 3,560 | 3,560 | 3,560 |
| WORKERS COMP INS | | | | | 11,240 |
| HEALTH INS | | | | | |
| EMPLOYEE MEDICAL | 250 | 250 | 250 | 250 | 250 |
| SIMPLE IRA MATCH | 300 | 300 | 300 | 300 | 300 |
| LIABILITY INS | | | | 6,280 | |
| VEHICLE INS | 780 | 780 | 780 | 780 | 780 |
| VEHICLE REP & MAINT | 980 | 980 | 980 | 980 | 980 |
| VEHICLE FUEL & OIL | 3,150 | 3,150 | 3,150 | 3,150 | 3,150 |
| OFFICE SUPPLIES/EXPENSE | 320 | 320 | 320 | 320 | 320 |
| UTILITIES | 490 | 490 | 490 | 490 | 490 |
| TELEPHONE | 110 | 110 | 110 | 110 | 110 |
| CELLULAR PHONES | 460 | 460 | 460 | 460 | 460 |
| COMPUTER EXP | 130 | 130 | 130 | 130 | 130 |
| BANK & MERCHANT CHGS | 90 | 90 | 90 | 90 | 90 |
| POSTAGE & FREIGHT | 40 | 40 | 40 | 40 | 40 |
| ADVERTISING | 20 | 20 | 20 | 20 | 20 |
| MEALS | 30 | 30 | 30 | 30 | 30 |
| TRAVEL | 60 | 60 | 60 | 60 | 60 |
| RENT | | 4,500 | | | |
| REPAIRS & MAINTENANCE | 80 | 80 | 80 | 80 | 80 |
| BUILDING/REMODEL PERMITS | 60 | 60 | 60 | 60 | 60 |
| LICENSES & PERMITS | 600 | 600 | 600 | 600 | 600 |
| SMALL TOOLS | 40 | 40 | 40 | 40 | 40 |
| SHOP SUPPLIES | 690 | 690 | 690 | 690 | 690 |
| OTHER SHOP EXPENSE | 320 | 320 | 320 | 320 | 320 |
| UNIFORMS | 190 | 190 | 190 | 190 | 190 |
| ACCOUNTING | | | | | |
| GENERAL BANKRUPTCY COUNSEL | | | | | |
| SPECIAL COUNSEL | | | | | |
| UST FEES | | | | | |
| | 139,570 | 144,070 | 139,570 | 149,350 | 154,310 |
| | 12,430 | 7,930 | 12,430 | 2,650 | (2,310) |

**Exhibit** _B_

**Page** _9_

CENTRAL AIR CONDITIONING INC

| | 05/26/14 through 06/01/14 | 06/02/14 through 06/08/14 | 06/09/14 through 06/15/14 | 06/16/14 through 06/22/14 | 06/23/14 through 06/29/14 |
|---|---|---|---|---|---|
| WEEKLY BUDGET 4-21-14 THROUGH 8-10-14 | | | | | |
| | | | | | |
| Weekly carryover | 130,332 | 133,142 | 137,572 | 140,222 | 137,912 |
| | | | | | |
| CONTRACT INCOME | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 |
| SERVICE INCOME | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| | 152,000 | 152,000 | 152,000 | 152,000 | 152,000 |
| | | | | | |
| MATERIALS | 81,510 | 81,510 | 81,510 | 81,510 | 81,510 |
| MATERIAL SALES TAX | 6,630 | 6,630 | 6,630 | 6,630 | 6,630 |
| GOODMAN 503(b)(9) | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 |
| PER DIEM | 670 | 670 | 670 | 670 | 670 |
| LABOR | | | | | |
|   JOB & OVERHEAD | 31,740 | 31,740 | 31,740 | 31,740 | 31,740 |
|   CARLOS SR | 1,960 | 1,960 | 1,960 | 1,960 | 1,960 |
|   SYLVIA | 310 | 310 | 310 | 310 | 310 |
|   CARLOS JR | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
|   REUBEN | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
|   VERONICA | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| | | | | | |
| PAYROLL TAXES | 3,560 | 3,560 | 3,560 | 3,560 | 3,560 |
| WORKERS COMP INS | | | | 11,240 | |
| HEALTH INS | 6,120 | | | | |
| EMPLOYEE MEDICAL | 250 | 250 | 250 | 250 | 250 |
| SIMPLE IRA MATCH | 300 | 300 | 300 | 300 | 300 |
| | | | | | |
| LIABILITY INS | | | 6,280 | | |
| VEHICLE INS | 780 | 780 | 780 | 780 | 780 |
| VEHICLE REP & MAINT | 980 | 980 | 980 | 980 | 980 |
| VEHICLE FUEL & OIL | 3,150 | 3,150 | 3,150 | 3,150 | 3,150 |
| OFFICE SUPPLIES/EXPENSE | 320 | 320 | 320 | 320 | 320 |
| UTILITIES | 490 | 490 | 490 | 490 | 490 |
| TELEPHONE | 110 | 110 | 110 | 110 | 110 |
| CELLULAR PHONES | 460 | 460 | 460 | 460 | 460 |
| COMPUTER EXP | 130 | 130 | 130 | 130 | 130 |
| BANK & MERCHANT CHGS | 90 | 90 | 90 | 90 | 90 |
| POSTAGE & FREIGHT | 40 | 40 | 40 | 40 | 40 |
| ADVERTISING | 20 | 20 | 20 | 20 | 20 |
| MEALS | 30 | 30 | 30 | 30 | 30 |
| TRAVEL | 60 | 60 | 60 | 60 | 60 |
| RENT | | 4,500 | | | |
| REPAIRS & MAINTENANCE | 80 | 80 | 80 | 80 | 80 |
| BUILDING/REMODEL PERMITS | 60 | 60 | 60 | 60 | 60 |
| LICENSES & PERMITS | 600 | 600 | 600 | 600 | 600 |
| SMALL TOOLS | 40 | 40 | 40 | 40 | 40 |
| SHOP SUPPLIES | 690 | 690 | 690 | 690 | 690 |
| OTHER SHOP EXPENSE | 320 | 320 | 320 | 320 | 320 |
| UNIFORMS | 190 | 190 | 190 | 190 | 190 |
| | | | | | |
| ACCOUNTING | | | | | |
| GENERAL BANKRUPTCY COUNSEL | | | | | 5,000 |
| SPECIAL COUNSEL | | | | | |
| UST FEES | | | | | |
| | 149,190 | 147,570 | 149,350 | 154,310 | 148,070 |
| | 2,810 | 4,430 | 2,650 | (2,310) | 3,930 |

Exhibit    C

Page    10

CENTRAL AIR CONDITIONING INC

| WEEKLY BUDGET<br>4-21-14 THROUGH 8-10-14 | 06/30/14 through 07/06/14 | 07/07/14 through 07/13/14 | 7/14/2014 through 7/20/2014 | 7/21/2014 through 7/27/2014 | 7/28/2014 through 8/3/2014 | 8/4/2014 through 8/10/2014 | |
|---|---|---|---|---|---|---|---|
| Weekly carryover | 141,842 | 135,152 | 144,082 | 133,922 | 142,852 | 140,662 | 146,592 |
| | | | | | | | |
| CONTRACT INCOME | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | |
| SERVICE INCOME | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | |
| | 152,000 | 152,000 | 152,000 | 152,000 | 152,000 | 152,000 | |
| | | | | | | | |
| MATERIALS | 81,510 | 81,510 | 81,510 | 81,510 | 81,510 | 81,510 | |
| MATERIAL SALES TAX | 6,630 | 6,630 | 6,630 | 6,630 | 6,630 | 6,630 | |
| GOODMAN 503(b)(9) | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | |
| PER DIEM | 670 | 670 | 670 | 670 | 670 | 670 | |
| LABOR | | | | | | | |
|   JOB & OVERHEAD | 31,740 | 31,740 | 31,740 | 31,740 | 31,740 | 31,740 | |
|   CARLOS SR | 1,960 | 1,960 | 1,960 | 1,960 | 1,960 | 1,960 | |
|   SYLVIA | 310 | 310 | 310 | 310 | 310 | 310 | |
|   CARLOS JR | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | |
|   REUBEN | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | |
|   VERONICA | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | |
| | | | | | | | |
| PAYROLL TAXES | 3,560 | 3,560 | 3,560 | 3,560 | 3,560 | 3,560 | |
| WORKERS COMP INS | | | 11,240 | | | | |
| HEALTH INS | 6,120 | | | | 6,120 | | |
| EMPLOYEE MEDICAL | 250 | 250 | 250 | 250 | 250 | 250 | |
| SIMPLE IRA MATCH | 300 | 300 | 300 | 300 | 300 | 300 | |
| | | | | | | | |
| LIABILITY INS | | | 7,850 | | | | |
| VEHICLE INS | 780 | 780 | 780 | 780 | 780 | 780 | |
| VEHICLE REP & MAINT | 980 | 980 | 980 | 980 | 980 | 980 | |
| VEHICLE FUEL & OIL | 3,150 | 3,150 | 3,150 | 3,150 | 3,150 | 3,150 | |
| OFFICE SUPPLIES/EXPENSE | 320 | 320 | 320 | 320 | 320 | 320 | |
| UTILITIES | 490 | 490 | 490 | 490 | 490 | 490 | |
| TELEPHONE | 110 | 110 | 110 | 110 | 110 | 110 | |
| CELLULAR PHONES | 460 | 460 | 460 | 460 | 460 | 460 | |
| COMPUTER EXP | 130 | 130 | 130 | 130 | 130 | 130 | |
| BANK & MERCHANT CHGS | 90 | 90 | 90 | 90 | 90 | 90 | |
| POSTAGE & FREIGHT | 40 | 40 | 40 | 40 | 40 | 40 | |
| ADVERTISING | 20 | 20 | 20 | 20 | 20 | 20 | |
| MEALS | 30 | 30 | 30 | 30 | 30 | 30 | |
| TRAVEL | 60 | 60 | 60 | 60 | 60 | 60 | |
| RENT | 4,500 | | | | | | |
| REPAIRS & MAINTENANCE | 80 | 80 | 80 | 80 | 80 | 80 | |
| BUILDING/REMODEL PERMITS | 60 | 60 | 60 | 60 | 60 | 60 | |
| LICENSES & PERMITS | 600 | 600 | 600 | 600 | 600 | 600 | |
| SMALL TOOLS | 40 | 40 | 40 | 40 | 40 | 40 | |
| SHOP SUPPLIES | 690 | 690 | 690 | 690 | 690 | 690 | |
| OTHER SHOP EXPENSE | 320 | 320 | 320 | 320 | 320 | 320 | |
| UNIFORMS | 190 | 190 | 190 | 190 | 190 | 190 | |
| | | | | | | | |
| ACCOUNTING | | | | | | | |
| GENERAL BANKRUPTCY COUNSEL | | | | | | 3,000 | |
| SPECIAL COUNSEL | 5,000 | | | | | | |
| UST FEES | | | | | 5,000 | | |
| | 158,690 | 143,070 | 162,160 | 143,070 | 154,190 | 146,070 | |
| | (6,690) | 8,930 | (10,160) | 8,930 | (2,190) | 5,930 | |

Exhibit _____ C

Page _____ 11