1  **28**

2  Hagop T. Bedoyan, SBN 131285
   M. Joseph Whittington, SBN 295516
3  KLEIN, DENATALE, GOLDNER,
    COOPER, ROSENLIEB & KIMBALL, LLP
4  5260 N. Palm Ave., Suite 201
   Fresno, CA 93704
5  Telephone:   559-438-4374
   Facsimile:   559-432-1847
6  Email:       hbedoyan@kleinlaw.com
                jwhittington@kleinlaw.com
7
   Proposed Attorneys for Debtor-in-Possession,
8  Central Air Conditioning Inc.

9            **UNITED STATES BANKRUPTCY COURT**

10      **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

11

12  In re:                              Case No. 14-11991-A-11

13  CENTRAL AIR CONDITIONING,
    INC.                                Chapter 11
14
                Debtor-in Possession.   DC No. KDG-1
15
                                        Emergency Hearing Date: April 22, 2014
16                                      Emergency Hearing Time: 1:45 p.m.
                                        Final Hearing Date:  To be set
17                                      Final Hearing Time: To be set
                                        Place:  United States Bankruptcy Court
18                                              510 19th Street, Department A
                                                Bakersfield, California
19                                      Judge: Honorable Fredrick E. Clement

20

21                          **PROOF OF SERVICE**

22          I am employed in the county of Kern, State of California.  I am over the age of 18 and

23  not a party to the within action; my business address is 4550 California Avenue, Bakersfield,

24  California 93309. My e-mail address is kclemans@kleinlaw.com.

25          On April 21, 2014, I served the foregoing document described as follows:

26  **NOTICE OF HEARING ON DEBTOR-IN-POSSESSION'S**
    **MOTION TO USE OF CASH COLLATERAL AND GRANT**
27  **ADEQUATE PROTECTION**

28

---

**DEBTOR-IN-POSSESSION'S MOTION TO USE OF CASH COLLATERAL AND GRANT ADEQUATE PROTECTION**

**DECLARATION OF CARLOS DEOCHOA IN SUPPORT OF DEBTOR-IN-POSSESSION'S MOTION TO USE OF CASH COLLATERAL AND GRANT ADEQUATE PROTECTION**

**EXHIBITS IN SUPPORT OF DEBTOR-IN-POSSESSION'S MOTION TO USE OF CASH COLLATERAL AND GRANT ADEQUATE PROTECTION**

[X] by placing the true copies thereof addressed as follows:

[ ] by placing the original thereof addressed as follows:

**SEE ATTACHED LIST**

[ ] **BY MAIL**    I enclosed such document in sealed envelope(s) with the name(s) and address(es) of the person(s) served as shown on the envelope(s) and caused such envelope(s) to be deposited in the mail at Bakersfield, California.  The envelope(s) was/were mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **BY FACSIMILE**    I placed such document in a facsimile machine with the fax number of (661)326-0418 on April 21, 2014, at _5:40_ p.m.  Upon facsimile transmission of the document, I obtained a report from the transmitting facsimile machine stating that the facsimile transmission was complete and without error.  A copy of the transmission report is attached to this Proof of Service.  The person served consented in writing to being served by facsimile under FRCP, Rule 5, and Federal Rules of Bankruptcy Procedure, Rule 7005.  **(SEE ATTACHED LIST)**

[X] **BY ELECTRONIC MAIL**  Pursuant to U.S. Bankruptcy Court, Eastern Division Local Rule 7005-1(d) Method of Service.  (1)  Upon those Parties Consenting to Service by Electronic Means.  Service by electronic means pursuant to FRCivP 5(b)(2)(D) shall be accomplished by transmitting an e-mail which includes as a .PDF attachment to the document(s) served.  The subject line of the e-mail shall include the words "Service Pursuant to FRCivP 5", along with the case or proceeding number and the title(s) of the document(s) served. **(SEE ATTACHED LIST)**

[ ] **BY PERSONAL SERVICE**    I caused such envelope(s) to be delivered by hand to the offices of the addressee(s).

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 21, 2014, at Bakersfield, California.

_Karen A. Clemans_ | _/s/ Karen A. Clemans_
Type or Print Name | Signature

**Karen Clemans**

| | |
|---|---|
| **From:** | Karen Clemans |
| **Sent:** | Monday, April 21, 2014 5:39 PM |
| **To:** | UNITED STATES TRUSTEE-FRESNO (ustpregion17.fr.ecf@usdoj.gov) |
| **Cc:** | Hagop T. Bedoyan; Karen Clemans |
| **Subject:** | Service Pursuant to FRCivP 5  14-11991-A-11 |
| **Attachments:** | NOH MOTION TO USE CASH COLLATERAL KDG-1.pdf; MOTION TO USE CASH COLLATERAL KDG-1.pdf; DeOchoa DEC MOTION TO USE CASH COLLATERAL KDG-1.pdf; EXHIBITS MOTION TO USE CASH COLLATERAL KDG-1.pdf |

Service Pursuant to FRCivP 5

> **NOTICE OF HEARING ON DEBTOR-IN-POSSESSION'S MOTION TO USE OF CASH COLLATERAL AND GRANT ADEQUATE PROTECTION**
>
> **DEBTOR-IN-POSSESSION'S MOTION TO USE OF CASH COLLATERAL AND GRANT ADEQUATE PROTECTION**
>
> **DECLARATION OF CARLOS DEOCHOA IN SUPPORT OF DEBTOR-IN-POSSESSION'S MOTION TO USE OF CASH COLLATERAL AND GRANT ADEQUATE PROTECTION**
>
> **EXHIBITS IN SUPPORT OF DEBTOR-IN-POSSESSION'S MOTION TO USE OF CASH COLLATERAL AND GRANT ADEQUATE PROTECTION**

Best regards,

**Karen A. Clemans, CBA**
Certified Bankruptcy Assistant
Paralegal

# Klein · DeNatale · Goldner
ATTORNEYS AT LAW

4550 California Ave., 2nd Floor ▪ Bakersfield, CA 93309
Direct: 661-328-5376 ▪ Main: 661-395-1000 ▪ Fax: 661-326-0418
kclemans@kleinlaw.com ▪ www.kleinlaw.com

The contents of this e-mail message, including any attachments, are intended solely for the use of the person or entity to which the e-mail was addressed. It contains information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges and may be restricted from disclosure by applicable state and federal law. If you are not the intended recipient of this message, be advised that any dissemination, distribution, or use of the contents of this message is strictly prohibited. If you received this e-mail message in error, please contact the sender by reply e-mail. Please also permanently delete all copies of the original e-mail and any documentation. Thank you – Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball, LLP

**Karen Clemans**

| | |
|---|---|
| **From:** | Karen Clemans |
| **Sent:** | Monday, April 21, 2014 5:52 PM |
| **To:** | vpmora@yahoo.com |
| **Cc:** | Hagop T. Bedoyan |
| **Subject:** | Service Pursuant to FRCivP 5  14-11991-A-11 |
| **Attachments:** | NOH MOTION TO USE CASH COLLATERAL KDG-1.pdf; MOTION TO USE CASH COLLATERAL KDG-1.pdf; DeOchoa DEC MOTION TO USE CASH COLLATERAL KDG-1.pdf; EXHIBITS MOTION TO USE CASH COLLATERAL KDG-1.pdf |

Veronica,

Here are all the documents which were filed tonight.  Please start a filing system for all of this, because you will begin to receive a lot of documents from us.

Thank you!

Best regards,

**Karen A. Clemans, CBA**
Certified Bankruptcy Assistant
Paralegal

# Klein · DeNatale · Goldner
### ATTORNEYS AT LAW

4550 California Ave., 2nd Floor ▪ Bakersfield, CA 93309
Direct: 661-328-5376 ▪ Main: 661-395-1000 ▪ Fax: 661-326-0418
kclemans@kleinlaw.com ▪ www.kleinlaw.com

The contents of this e-mail message, including any attachments, are intended solely for the use of the person or entity to which the e-mail was addressed. It contains information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges and may be restricted from disclosure by applicable state and federal law. If you are not the intended recipient of this message, be advised that any dissemination, distribution, or use of the contents of this message is strictly prohibited. If you received this e-mail message in error, please contact the sender by reply e-mail. Please also permanently delete all copies of the original e-mail and any documentation. Thank you – Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball, LLP

**From:** Karen Clemans
**Sent:** Monday, April 21, 2014 5:39 PM
**To:** UNITED STATES TRUSTEE-FRESNO (ustpregion17.fr.ecf@usdoj.gov)
**Cc:** Hagop T. Bedoyan; Karen Clemans
**Subject:** Service Pursuant to FRCivP 5 14-11991-A-11

Service Pursuant to FRCivP 5

**NOTICE OF HEARING ON DEBTOR-IN-POSSESSION'S MOTION TO USE OF CASH COLLATERAL AND GRANT ADEQUATE PROTECTION**

SERVICE LIST

<u>By Email:</u>

United States Trustee                      <u>ustpregion17.fr.ecf@usdoj.gov</u>

Central Air Conditioning                   vpmora@yahoo.com

<u>By Facsimile Transmission</u>

CENTRAL AIR CONDITIONING INC.              (559) 688-7752

First Specialty Insurance Corporation
     Agent for Service, Nancy Flores          213-614-8632

Arch Insurance Group                       866-266-3630

Goodman Distribution                       713-331-3246

California State Board of Equalization     559-440-5503

QBE Insurance Group HDR Insurance          916-760-2794
Claims Unit
c/o NIF Group Inc.

Cal State Distributing                     559-688-6610

Zurich North America                       877-962-2567

Castlewood Partners, Inc.                  925-846-6044

Centex Homes,                              925-249-3200
a Nevada general partnership

Centex Homes,                              925-988-3290
a Nevada general partnership

Centex Real Estate Corp                    same as above

Richard Bressler                           661-324-1352
c/o David Cohn, Esq.

Grover Gardens, LLC                        949-250-9777
c/o Ullch & Terry LLP

Grover Gardens, LLC                              805-481-1083

H/S Development Co, LLC                           949-250-9777
c/o Ullch & Terry LLP

H/S Development Co, LLC                           661-327-0914

Foxwood Residential Investors, LLC               661-322-4628
c/o Borton Petrini LLP

Foxwood Residential Investors, LLC               559-732-7460
(this failed on sending)

Freedom Homes, Inc.                              510-839-1897
c/o Boornazian, Jensen & Garthe

Freedom Homes, Inc.                              559-448-0875

Allen Homes of Central California, LLC           858-764-6809

Allen Homes of Central California, LLC           858-513-1002
c/o Lorber, Greefield & Polito, LLP

Bingley Land Company, Inc.                       510-839-1897
c/o Boornazian, Jensen & Garthe

Bingley Land Company, Inc.                       661-327-3395
c/o McCartney Ganong Law

**Karen Clemans**

| | |
|---|---|
| **From:** | RingCentral <service@ringcentral.com> |
| **Sent:** | Monday, April 21, 2014 5:57 PM |
| **To:** | Sissy Rucker |
| **Subject:** | Fax Message Transmission Result  to +19258466044 – Sent |

## Fax Transmission Results

Here are the results of the 28-page fax you sent from your phone number **(661) 446-7131 - Ext. 184**:

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| 9258466044@rcfax.com | +19258466044 | Monday, April 21, 2014 at 05:56 PM | Sent |

*Your fax(es) included the following file(s), which were rendered into fax format for transmission:*

| File Name | Result |
|---|---|
| Fax Cover Sheet for Service.pdf | Success |
| NOH MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| DeOchoa DEC MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| EXHIBITS MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |

**Karen Clemans**

| | |
|---|---|
| **From:** | RingCentral <service@ringcentral.com> |
| **Sent:** | Monday, April 21, 2014 5:57 PM |
| **To:** | Sissy Rucker |
| **Subject:** | Fax Message Transmission Result  to +18779622567 – Sent |

## Fax Transmission Results

Here are the results of the 28-page fax you sent from your phone number **(661) 446-7131 - Ext. 184**:

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| 8779622567@rcfax.com | +18779622567 | Monday, April 21, 2014 at 05:56 PM | Sent |

*Your fax(es) included the following file(s), which were rendered into fax format for transmission:*

| File Name | Result |
|---|---|
| Fax Cover Sheet for Service.pdf | Success |
| NOH MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| DeOchoa DEC MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| EXHIBITS MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |

1

**Karen Clemans**

| | |
|---|---|
| **From:** | RingCentral <service@ringcentral.com> |
| **Sent:** | Monday, April 21, 2014 6:00 PM |
| **To:** | Sissy Rucker |
| **Subject:** | Fax Message Transmission Result  to +19167602794 – Sent |

## Fax Transmission Results

Here are the results of the 28-page fax you sent from your phone number **(661) 446-7131 - Ext. 184**:

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| 9167602794@rcfax.com | +19167602794 | Monday, April 21, 2014 at 06:00 PM | Sent |

*Your fax(es) included the following file(s), which were rendered into fax format for transmission:*

| File Name | Result |
|---|---|
| Fax Cover Sheet for Service.pdf | Success |
| NOH MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| DeOchoa DEC MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| EXHIBITS MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |

1

**Karen Clemans**

| | |
|---|---|
| **From:** | RingCentral <service@ringcentral.com> |
| **Sent:** | Monday, April 21, 2014 6:00 PM |
| **To:** | Sissy Rucker |
| **Subject:** | Fax Message Transmission Result  to +19259883290 - Sent |

## Fax Transmission Results

Here are the results of the 28-page fax you sent from your phone number **(661) 446-7131 - Ext. 184**:

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| 9259883290@rcfax.com | +19259883290 | Monday, April 21, 2014 at 05:59 PM | Sent |

*Your fax(es) included the following file(s), which were rendered into fax format for transmission:*

| File Name | Result |
|---|---|
| Fax Cover Sheet for Service.pdf | Success |
| NOH MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| DeOchoa DEC MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| EXHIBITS MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |

1

**Karen Clemans**

| | |
|---|---|
| **From:** | RingCentral <service@ringcentral.com> |
| **Sent:** | Monday, April 21, 2014 6:06 PM |
| **To:** | Sissy Rucker |
| **Subject:** | Fax Message Transmission Result  to +16613270914 - Sent |

## Fax Transmission Results

Here are the results of the 28-page fax you sent from your phone number **(661) 446-7131 - Ext. 184**:

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| 6613270914@rcfax.com | +16613270914 | Monday, April 21, 2014 at 06:06 PM | Sent |

*Your fax(es) included the following file(s), which were rendered into fax format for transmission:*

| File Name | Result |
|---|---|
| Fax Cover Sheet for Service.pdf | Success |
| NOH MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| DeOchoa DEC MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| EXHIBITS MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |

1

**Karen Clemans**

| | |
|---|---|
| **From:** | RingCentral <service@ringcentral.com> |
| **Sent:** | Monday, April 21, 2014 6:04 PM |
| **To:** | Sissy Rucker |
| **Subject:** | Fax Message Transmission Result  to +15596887752 - Sent |

## Fax Transmission Results

Here are the results of the 28-page fax you sent from your phone number **(661) 446-7131 - Ext. 184**:

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| 5596887752@rcfax.com | +15596887752 | Monday, April 21, 2014 at 06:03 PM | Sent |

*Your fax(es) included the following file(s), which were rendered into fax format for transmission:*

| File Name | Result |
|---|---|
| Fax Cover Sheet for Service.pdf | Success |
| NOH MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| DeOchoa DEC MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| EXHIBITS MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |

**Karen Clemans**

| | |
|---|---|
| **From:** | RingCentral <service@ringcentral.com> |
| **Sent:** | Monday, April 21, 2014 6:04 PM |
| **To:** | Sissy Rucker |
| **Subject:** | Fax Message Transmission Result  to +19492509777 - Sent |

## Fax Transmission Results

Here are the results of the 28-page fax you sent from your phone number **(661) 446-7131 - Ext. 184**:

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| 9492509777@rcfax.com | +19492509777 | Monday, April 21, 2014 at 06:03 PM | Sent |

*Your fax(es) included the following file(s), which were rendered into fax format for transmission:*

| File Name | Result |
|---|---|
| Fax Cover Sheet for Service.pdf | Success |
| NOH MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| DeOchoa DEC MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| EXHIBITS MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |

1

**Karen Clemans**

| | |
|---|---|
| **From:** | RingCentral <service@ringcentral.com> |
| **Sent:** | Monday, April 21, 2014 6:02 PM |
| **To:** | Sissy Rucker |
| **Subject:** | Fax Message Transmission Result  to +16613241352 - Sent |

## Fax Transmission Results

Here are the results of the 28-page fax you sent from your phone number **(661) 446-7131 - Ext. 184**:

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| 6613241352@rcfax.com | +16613241352 | Monday, April 21, 2014 at 06:02 PM | Sent |

*Your fax(es) included the following file(s), which were rendered into fax format for transmission:*

| File Name | Result |
|---|---|
| Fax Cover Sheet for Service.pdf | Success |
| NOH MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| DeOchoa DEC MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| EXHIBITS MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |

# Karen Clemans

| | |
|---|---|
| **From:** | RingCentral <service@ringcentral.com> |
| **Sent:** | Monday, April 21, 2014 5:56 PM |
| **To:** | Sissy Rucker |
| **Subject:** | Fax Message Transmission Result  to +15596886610 - Sent |

## Fax Transmission Results

Here are the results of the 28-page fax you sent from your phone number **(661) 446-7131 - Ext. 184**:

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| 5596886610@rcfax.com | +15596886610 | Monday, April 21, 2014 at 05:55 PM | Sent |

*Your fax(es) included the following file(s), which were rendered into fax format for transmission:*

| File Name | Result |
|---|---|
| DeOchoa DEC MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| EXHIBITS MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| Fax Cover Sheet for Service.pdf | Success |
| NOH MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |

1

**Karen Clemans**

| | |
|---|---|
| **From:** | RingCentral <service@ringcentral.com> |
| **Sent:** | Monday, April 21, 2014 5:53 PM |
| **To:** | Sissy Rucker |
| **Subject:** | Fax Message Transmission Result  to +17133313246 - Sent |

### Fax Transmission Results

Here are the results of the 28-page fax you sent from your phone number **(661) 446-7131 - Ext. 184**:

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| 7133313246@rcfax.com | +17133313246 | Monday, April 21, 2014 at 05:53 PM | Sent |

*Your fax(es) included the following file(s), which were rendered into fax format for transmission:*

| File Name | Result |
|---|---|
| Fax Cover Sheet for Service.pdf | Success |
| NOH MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| DeOchoa DEC MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| EXHIBITS MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |

**Karen Clemans**

| | |
|---|---|
| **From:** | RingCentral <service@ringcentral.com> |
| **Sent:** | Monday, April 21, 2014 5:53 PM |
| **To:** | Sissy Rucker |
| **Subject:** | Fax Message Transmission Result  to +18662663630 - Sent |

<div style="background:#555; color:white; text-align:center; font-weight:bold">Fax Transmission Results</div>

Here are the results of the 28-page fax you sent from your phone number **(661) 446-7131 - Ext. 184**:

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| 8662663630@rcfax.com | +18662663630 | Monday, April 21, 2014 at 05:52 PM | Sent |

*Your fax(es) included the following file(s), which were rendered into fax format for transmission:*

| File Name | Result |
|---|---|
| NOH MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| DeOchoa DEC MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| Fax Cover Sheet for Service.pdf | Success |
| EXHIBITS MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |

**Karen Clemans**

| | |
|---|---|
| **From:** | RingCentral <service@ringcentral.com> |
| **Sent:** | Monday, April 21, 2014 5:52 PM |
| **To:** | Sissy Rucker |
| **Subject:** | Fax Message Transmission Result  to +12136148632 - Sent |

## Fax Transmission Results

Here are the results of the 28-page fax you sent from your phone number **(661) 446-7131 - Ext. 184**:

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| 2136148632@rcfax.com | +12136148632 | Monday, April 21, 2014 at 05:52 PM | Sent |

*Your fax(es) included the following file(s), which were rendered into fax format for transmission:*

| File Name | Result |
|---|---|
| Fax Cover Sheet for Service.pdf | Success |
| NOH MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| DeOchoa DEC MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| EXHIBITS MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |

1

**Karen Clemans**

| | |
|---|---|
| **From:** | RingCentral <service@ringcentral.com> |
| **Sent:** | Monday, April 21, 2014 5:48 PM |
| **To:** | Sissy Rucker |
| **Subject:** | Fax Message Transmission Result  to +15596887752 - Sent |

## Fax Transmission Results

Here are the results of the 28-page fax you sent from your phone number **(661) 446-7131 - Ext. 184**:

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| 5596887752@rcfax.com | +15596887752 | Monday, April 21, 2014 at 05:48 PM | Sent |

*Your fax(es) included the following file(s), which were rendered into fax format for transmission:*

| File Name | Result |
|---|---|
| Fax Cover Sheet for Service.pdf | Success |
| NOH MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| DeOchoa DEC MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| EXHIBITS MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |

**Karen Clemans**

| | |
|---|---|
| **From:** | RingCentral <service@ringcentral.com> |
| **Sent:** | Monday, April 21, 2014 6:07 PM |
| **To:** | Sissy Rucker |
| **Subject:** | Fax Message Transmission Result  to +16613224628 – Sent |

## Fax Transmission Results

Here are the results of the 28-page fax you sent from your phone number **(661) 446-7131 - Ext. 184**:

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| 6613224628@rcfax.com | +16613224628 | Monday, April 21, 2014 at 06:07 PM | Sent |

*Your fax(es) included the following file(s), which were rendered into fax format for transmission:*

| File Name | Result |
|---|---|
| Fax Cover Sheet for Service.pdf | Success |
| NOH MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| DeOchoa DEC MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| EXHIBITS MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |

**Karen Clemans**

| | |
|---|---|
| **From:** | RingCentral <service@ringcentral.com> |
| **Sent:** | Monday, April 21, 2014 6:08 PM |
| **To:** | Sissy Rucker |
| **Subject:** | Fax Message Transmission Result  to +15108391897 – Sent |

## Fax Transmission Results

Here are the results of the 28-page fax you sent from your phone number **(661) 446-7131 - Ext. 184**:

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| 5108391897@rcfax.com | +15108391897 | Monday, April 21, 2014 at 06:07 PM | Sent |

*Your fax(es) included the following file(s), which were rendered into fax format for transmission:*

| File Name | Result |
|---|---|
| Fax Cover Sheet for Service.pdf | Success |
| NOH MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| DeOchoa DEC MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| EXHIBITS MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |

**Karen Clemans**

| | |
|---|---|
| **From:** | RingCentral <service@ringcentral.com> |
| **Sent:** | Monday, April 21, 2014 6:08 PM |
| **To:** | Sissy Rucker |
| **Subject:** | Fax Message Transmission Result  to +15594480875 - Sent |

## Fax Transmission Results

Here are the results of the 28-page fax you sent from your phone number **(661) 446-7131 - Ext. 184**:

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| 5594480875@rcfax.com | +15594480875 | Monday, April 21, 2014 at 06:08 PM | Sent |

*Your fax(es) included the following file(s), which were rendered into fax format for transmission:*

| File Name | Result |
|---|---|
| Fax Cover Sheet for Service.pdf | Success |
| NOH MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| DeOchoa DEC MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| EXHIBITS MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |

1

**Karen Clemans**

| | |
|---|---|
| **From:** | RingCentral <service@ringcentral.com> |
| **Sent:** | Monday, April 21, 2014 6:09 PM |
| **To:** | Sissy Rucker |
| **Subject:** | Fax Message Transmission Result  to +18587646809 - Sent |

## Fax Transmission Results

Here are the results of the 28-page fax you sent from your phone number **(661) 446-7131 - Ext. 184**:

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| 8587646809@rcfax.com | +18587646809 | Monday, April 21, 2014 at 06:09 PM | Sent |

*Your fax(es) included the following file(s), which were rendered into fax format for transmission:*

| File Name | Result |
|---|---|
| Fax Cover Sheet for Service.pdf | Success |
| NOH MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| DeOchoa DEC MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| EXHIBITS MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |

**Karen Clemans**

| | |
|---|---|
| **From:** | RingCentral <service@ringcentral.com> |
| **Sent:** | Monday, April 21, 2014 6:10 PM |
| **To:** | Sissy Rucker |
| **Subject:** | Fax Message Transmission Result  to +18585131002 – Sent |

## Fax Transmission Results

Here are the results of the 28-page fax you sent from your phone number **(661) 446-7131 - Ext. 184**:

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| 8585131002@rcfax.com | +18585131002 | Monday, April 21, 2014 at 06:10 PM | Sent |

*Your fax(es) included the following file(s), which were rendered into fax format for transmission:*

| File Name | Result |
|---|---|
| Fax Cover Sheet for Service.pdf | Success |
| NOH MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| DeOchoa DEC MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| EXHIBITS MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |

**Karen Clemans**

| | |
|---|---|
| **From:** | RingCentral <service@ringcentral.com> |
| **Sent:** | Monday, April 21, 2014 6:10 PM |
| **To:** | Sissy Rucker |
| **Subject:** | Fax Message Transmission Result  to +18054811083 – Sent |

## Fax Transmission Results

Here are the results of the 28-page fax you sent from your phone number **(661) 446-7131 - Ext. 184**:

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| 8054811083@rcfax.com | +18054811083 | Monday, April 21, 2014 at 06:10 PM | Sent |

*Your fax(es) included the following file(s), which were rendered into fax format for transmission:*

| File Name | Result |
|---|---|
| EXHIBITS MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| Fax Cover Sheet for Service.pdf | Success |
| NOH MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| DeOchoa DEC MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |

**Karen Clemans**

| | |
|---|---|
| **From:** | RingCentral <service@ringcentral.com> |
| **Sent:** | Monday, April 21, 2014 6:11 PM |
| **To:** | Sissy Rucker |
| **Subject:** | Fax Message Transmission Result  to +16613273395 – Sent |

## Fax Transmission Results

Here are the results of the 28-page fax you sent from your phone number **(661) 446-7131 - Ext. 184**:

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| 6613273395@rcfax.com | +16613273395 | Monday, April 21, 2014 at 06:10 PM | Sent |

*Your fax(es) included the following file(s), which were rendered into fax format for transmission:*

| File Name | Result |
|---|---|
| EXHIBITS MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| Fax Cover Sheet for Service.pdf | Success |
| NOH MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| DeOchoa DEC MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |

**Karen Clemans**

| | |
|---|---|
| **From:** | RingCentral <service@ringcentral.com> |
| **Sent:** | Monday, April 21, 2014 6:13 PM |
| **To:** | Sissy Rucker |
| **Subject:** | Fax Message Transmission Result  to +15108391897 - Sent |

## Fax Transmission Results

Here are the results of the 28-page fax you sent from your phone number **(661) 446-7131 - Ext. 184**:

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| 5108391897@rcfax.com | +15108391897 | Monday, April 21, 2014 at 06:13 PM | Sent |

*Your fax(es) included the following file(s), which were rendered into fax format for transmission:*

| File Name | Result |
|---|---|
| Fax Cover Sheet for Service.pdf | Success |
| NOH MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| DeOchoa DEC MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| EXHIBITS MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |

**Karen Clemans**

| | |
|---|---|
| **From:** | RingCentral <service@ringcentral.com> |
| **Sent:** | Monday, April 21, 2014 6:09 PM |
| **To:** | Sissy Rucker |
| **Subject:** | Fax Message Transmission Result  to +15597327460 - FAILED |

## Fax Transmission Results

Here are the results of the 28-page fax you sent from your phone number **(661) 446-7131 - Ext. 184**:

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| 5597327460@rcfax.com | +15597327460 | Monday, April 21, 2014 at 06:08 PM | Failed |

*Your fax(es) included the following file(s), which were rendered into fax format for transmission:*

| File Name | Result |
|---|---|
| Fax Cover Sheet for Service.pdf | Success |
| NOH MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| DeOchoa DEC MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |
| EXHIBITS MOTION TO USE CASH COLLATERAL KDG-1.pdf | Success |