ROBERT B. LUECK (SBN 83673)
CHRISTOPHER E. BRUMFIEL (SBN 214866)
ROSEANNE C. LAZZAROTTO (SBN 251001)
TRAVIS A. BROOKS (SBN 283641)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendants
WORKMAN BROS. DEVELOPMENT CO., (Defendants in Bangi, et al. v. Workman Bros. Development Co., et al., Kern County Superior Court Case No. S-1500-CV-276352 and Sanchez, et al. v. Workman Bros. Development Co. et al. Tulare County Superior Court case No. 250798); FRESNO ASPEN DEVELOPMENT and CAPSTONE DEVELOPMENT, LP (defendants in Sanchez, et al. v. Workman Bros. Development Co. et al. Tulare County Superior Court case No. 250798); SPRADLING CONSTRUCION, INC. (defendants in Franco, et al., v. Spradling Construction, Inc., et al., Kings County Superior Court Case No. 11C0133); SMEE BUILDERS and NICHOLSON and SMEE LLC (defendants in Crespo et. al., v. Smee Builders, Inc., et al., Tulare County Superior Court Case No. 11-240799 and Asher, et al., v. Smee Builders, Inc., et al., Tulare County Superior Court Case No. 246356); and PALMA HOMES, INC. (defendants in Puentes, et al., v. Palma Homes, Inc., et al., Kern County Superior Court Case No. S-1500-CV-274778 SPC and Coy v. Palma Homes, Inc., et al., Kern County Superior Court Case No. S-1500-CV-277059 SPC)

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>Central Air Conditioning, Inc.<br><br>Debtor-in-Possession. | Case No.: 14-11991<br><br>DC No. BJG-2<br><br>Chapter 11<br><br>**NOTICE MOTION FOR APPROVAL OF STIPULATION FOR RELIEF FROM AUTOMATIC STAY**<br><br>**Date: June 4, 2014**<br>**Time: 1:30 p.m.**<br>**Dept: A**<br>Judge: Hon. Frederick E. Clement |

PLEASE TAKE NOTICE that on June 4, 2014 at 1:30 p.m., before the Honorable Frederick E. Clement, in Courtroom 11, 5th Floor, at the United States Bankruptcy Court, located at 2500 Tulare Street, Fresno, California, WORKMAN BROS. DEVELOPMENT CO.; FRESNO ASPEN DEVELOPMENT; CAPSTONE DEVELOPMENT, LP.; SPRADLING CONSTRUCION, INC.; SMEE BUILDERS; NICHOLSON and SMEE LLC; and PALMA HOMES, INC., (collectively, "Developers") will seek an order from the Court approving the Stipulation for Relief from Automatic Stay ("Stipulation"). A copy of the Stipulation is attached as Exhibit "A" to the Motion for Approval of Stipulation for Relief from Automatic Stay ("Motion") filed and served concurrently herewith.

The Motion is made pursuant to 11 U.S.C. § 362(d)(1) and Federal Rules of Bankruptcy Procedure, Rule 4001(d), and the Motion and Stipulation filed and served concurrently herewith. Notice of the Motion is made pursuant to Local Bankruptcy Rule 9014-1(f)(2), which provides for filing and service of the Motion on fourteen days' notice. Under Local Bankruptcy Rule 9014-1(f)(2)(C) no party-in-interest is required to file a written opposition and if there is any opposition to the Motion, it shall be presented at the hearing on the Motion on the date indicated above. Pursuant to this rule, if opposition is presented at the hearing, the Court may continue the hearing to allow for the filing of evidence and briefs.

DATED: May 20, 2014

By: ______________________
Christopher E. Brumfiel, Esq.
Roseanne C. Lazzarotto, Esq.
Travis A. Brooks, Esq.
BOORNAZIAN, JENSEN & GARTHE
Attorneys for Defendants WORKMAN BROS. DEVELOPMENT CO., (Defendants in Bangi, et al. v. Workman Bros. Development Co., et al., Kern County Superior Court Case No. S-1500-CV-276352 and Sanchez, et al. v. Workman Bros. Development Co. et al. Tulare County Superior Court case No. 250798); FRESNO ASPEN DEVELOPMENT and CAPSTONE DEVELOPMENT, LP (defendants in Sanchez, et al. v. Workman Bros. Development

Co. et al. Tulare County Superior Court case No. 250798); SPRADLING CONSTRUCION, INC. (defendants in Franco, et al., v. Spradling Construction, Inc., et al., Kings County Superior Court Case No. 11C0133); SMEE BUILDERS and NICHOLSON and SMEE LLC (defendants in Crespo et. al., v. Smee Builders, Inc., et al., Tulare County Superior Court Case No. 11-240799 and Asher, et al., v. Smee Builders, Inc., et al., Tulare County Superior Court Case No. 246356); and PALMA HOMES, INC. (defendants in Puentes, et al., v. Palma Homes, Inc., et al., Kern County Superior Court Case No. S-1500-CV-274778 SPC and Coy v. Palma Homes, Inc., et al., Kern County Superior Court Case No. S-1500-CV-277059 SPC)

27075\658732