# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

In re:

CENTRAL AIR CONDITIONING, INC.

Debtor(s).

Case No. 14-11991-A-11

Chapter 11

**REPORT OF 341 MEETING**

1. Date and time of meeting:

   **May 20, 2014 at 10:30 a.m.**

2. ( X ) Meeting concluded.

3. ( ) Debtor(s) failed to appear (H) __(W)__

4. ( ) Debtor(s) counsel failed to appear.

5. ( ) Debtor(s) failed to file a schedule of assets and liabilities, a schedule of current income and expenditures and the statement of financial affairs.

6. Debtor(s) Counsel: H. Bedoyan

7. Tape (1 2 3) Position: _

8. ( ) 341 continued to:

**COMMENTS**:

Dated: June 13, 2014

          /s/ Gregory S. Powell
Gregory S. Powell
Attorney in charge
E filer: Gregory S. Powell
Direct phone: 559-487-5002, ext. 225
E-mail: greg.powell@usdoj.gov