**4**

HAGOP T. BEDOYAN, CSB NO. 131285
M. JOSEPH WHITTINGTON, CSB NO. 295516
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
5260 N. Palm Avenue, Suite 201
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (559) 432-1847
Email: hbedoyan@kleinlaw.com; jwhittington@kleinlaw.com

Attorneys for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| In re:<br><br>CENTRAL AIR CONDITIONING, INC.,<br><br>Debtor-in-Possession. | Case No.: 14-11991-A-11<br><br>Chapter 11<br><br>DCN: N/A<br><br>Date: July 21, 2014<br>Time: 10:30 a.m.<br>Place: United States Bankruptcy Court<br>2500 Tulare Street<br>Room 1452, First Floor<br>Fresno, California<br>Judge: Honorable Fredrick E. Clement |
|---|---|

## NOTICE OF RE-SET MEETING OF CREDITORS

**NOTICE IS HEREBY GIVEN** that a Meeting of Creditors in the above-referenced case, has been re-set to be held on **July 21, 2014 at 10:30 a.m.** at the United States Bankruptcy Court, 2500 Tulare Street, Room 1452, First Floor, Fresno, California. All other information and deadlines contained in the Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors & Deadlines filed by the Court on April 22, 2014 ("the Notice") remain the same and unchanged, at this time. A copy of the Notice is attached hereto as Exhibit "A."

If you have any questions concerning the foregoing, please contact Claudine Lalonde at Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball at (559) 438-4374.

///

| | | |
|---|---|---|
| 1 | Date: June 24, 2014 | KLEIN, DeNATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | HAGOP T. BEDOYAN, ESQ. M. JOSEPH WHITTINGTON, ESQ. Attorneys for Debtor-in-Possession |

3DE8288                                   2                      NOTICE OF RE-SET MEETING OF CREDITORS

FORM b9f Alt. Notice of Chapter 11 Corporation/Partnership Asset Case (v.12.12)     14-11991 - A - 11

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert E. Coyle United States Courthouse**
2500 Tulare Street, Suite 2501
Fresno, CA 93721-1318

(559) 499-5800
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM



## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 4/17/14.
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors -** Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations.

| | |
|---|---|
| Case Number: | 14-11991 - A - 11 |

**Debtor Name(s), Last four digits of Social Security or Individual Taxpayer ID (ITIN) No(s)./Complete EIN, and Address:**

Central Air Conditioning, Inc.

01-0789187
1648-B West Tulare Avenue
Tulare, CA 93274

ALL OTHER NAMES USED BY THE DEBTOR(S) IN THE LAST 8 YEARS (include married, maiden, and trade names):
Central Air Conditioning, a partnership

| | |
|---|---|
| Debtor's Attorney: | Hagop T. Bedoyan<br>5260 N Palm Ave #201<br>Fresno, CA 93704 |
| Telephone Number: | 559-438-4374 |

### MEETING OF CREDITORS

| | |
|---|---|
| Location: | Robert E. Coyle United States Courthouse, 2500 Tulare Street, Room 1452, 1st Floor, Fresno, CA |
| Date & Time: | 5/20/14   10:30 AM |

The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.

**Deadlines** - Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit):   8/18/14      For a governmental unit: 10/14/14
Deadline to File a Complaint to Determine Dischargeability of Certain Debts:   7/21/14
Creditor with a Foreign Address:   A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

Dated:
4/22/14

For the Court,
Wayne Blackwelder, Clerk

Exhibit ____A____

Page ____3____

FORM b9f (Alt)
(Continued)

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under chapter 11 of the Bankruptcy code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim with attachments may be filed electronically in all cases by completing the online B10 Proof of Claim form at https://ecf.caeb.uscourts.gov/cgi-bin/autoFilingClaims.pl on the bankruptcy court's web site. A username or password is not required to file an electronic claim. Instructions can be found at http://www.caeb.uscourts.gov/ElectronicClaims.aspx. Alternatively, Official Form B10, the official form prescribed for a Proof of Claim, may be printed and filed with the Clerk. Official Form B10 is available on the bankruptcy court's web site at http://www.caeb.uscourts.gov/documents/Forms/Official/B10.pdf and may be obtained at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File Proof of Claim" listed on the front side, or you might not be paid any money on your claim and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial.<br><br>**Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code §1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Discharge ability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

**--- Refer to Other Side For Important Deadlines and Notices ---**

Exhibit_____A_____

Page_____4_____